JACK L. JACOBS, Appellant, v. ADOLF GOBEL, INC., Respondent.— In an action to recover damages, being the claimed rental value of certain used trucks, delivery of which from the defendant the plaintiff claimed to be entitled as of May 15, 1936, order granting defendant's motion for summary judgment and judgment thereon entered dismissing the complaint unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

WILLIAM V. JOHNSTON, Respondent, v. MOTOR HAULAGE CO., INC., Appellant.— In an action for damages for personal injuries sustained by the plaintiff while working in an exhibit building at the New York World's Fair, as the result of negligence on the part of defendant's employees engaged in installing and assembling vulcanizers, one of which struck the plaintiff, plaintiff was awarded a verdict of $2,500. Judgment entered upon the verdict, and order denying the defendant's motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

GIUSSEPPI LANGELLOTTI, Plaintiff, v. CITY OF NEW YORK, Respondent; DOMINICK COPPOLA, Defendant, and WILLIAMS-BAUER CORPORATION, Appellant.— In an action to recover damages for personal injuries, order denying the motion of the impleaded defendant, appellant, Williams-Bauer Corporation, to vacate the order of impleader or, in the alternative, to dismiss the cross-complaint of defendant City of New York for legal insufficiency, affirmed, with ten dollars costs and disbursements. The contract is broad in scope and may include liability over on the part of the appellant. The determination of this question requires a trial. Appellant's time to answer the cross-complaint is extended until ten days after the entry of the order hereon. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN BERNSTEIN, Appellant.— Judgment of the County Court of Queens County, convicting the defendant of the crime of grand larceny in the second degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.